# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TEKSYSTEMS, INC., a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>MODIS, INC., a Florida corporation, BRIAN PELLIGRINI, a resident of the State of Minnesota, JASON LUKAS, a resident of the State of Michigan and ROBERT J. RUF, a resident of the State of Illinois,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) 08 cv. 5476<br>)<br>) Judge Conlon<br>)<br>) Magistrate Judge Denlow<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SHANE OVERLY

I, Shane Overly, being first duly sworn upon oath, deposes and states as follows:

1. I am a resident of the State of Illinois. I have personal knowledge of the matters set forth in this Affidavit and I am competent to testify as set forth below.

2. For the last 3 and 1/2 years I have been employed as the Regional Vice-President of the Midwest region at TEKsystems, Inc. ("TEKsystems"). I currently work out of the Schaumburg office located at 1933 N. Meacham Road Suite 100, Schaumburg, IL 60173. Before that, I was the Director of Business Operations ("DBO") at TEKsystems' Rolling Meadows office for 4 years and a Regional Manager there for approximately 1 year. Prior to those positions, I worked at Aerotek, Inc. ("Aerotek") as a: DBO for 3 years, a Director of Regional Operations for 1 year, a Technical Recruiter for 1 year, and an Account Manager for approximately 1 and 1/2 years. In all, I have been working at TEKsystems for approximately 14 and 1/2 years.

3.  By way of background, TEKsystems is an established information technology staffing company, specializing in the temporary and permanent placement of individuals, many with advanced degrees and specialized areas of expertise, to companies with short and long-term temporary staffing needs throughout the nation. TEKsystems has several offices in the Chicago area, including in downtown Chicago and Downers Grove.

4.  As the Regional Vice-President of the Midwest region, I am the head of all TEKsystems' offices in Illinois, Wisconsin, Indiana, Michigan and Ohio. The Midwest region has 13 offices and approximately 420+ employees which includes: 174 Account Managers, 204 Technical Recruiters, and 13 DBOs. My responsibilities include supervision of all employees, business operations and financial performance in the Midwest region. I approve hiring decisions and I participate in calling on and maintaining high-level client relationships. I also set formal and informal policies and strategic initiatives for the Midwest region. I am in constant contact with DBOs, Account Managers and Technical Recruiters at all of TEKsystems' Midwest offices and I frequently visit each office.

5.  In this capacity, I became familiar with Defendant Jason Lukas ("Lukas") a former TEKsystems' Account Manager at TEKsystems' Downers Grove Office. One of the first times I recall speaking to Lukas was when he approached me seeking a promotion from his role as Technical Recruiter in TEKsystems' Detroit Office. Lukas wanted to become an Account Manager. I accommodated his request by offering him an Account Manager position in the Downers Grove Office of TEKsystems.

6.  I had several other conversations with Lukas that I can recall. One of our discussions occurred when Brian Pelligrini another TEKsystems' employee left TEKsystems to join Modis, Inc.—a direct competitor of TEKsystems. I believe Pelligrini resigned sometime in

March of 2006. I knew Lukas looked up to Pelligrini and considered him to be one of Lukas' best friends. I wanted to make sure that Lukas knew that Lukas was valued at TEKsystems. More importantly, I also explained to Lukas that he should not allow his friendship with Pelligrini to effect his judgment and that TEKsystems' confidential and trade secret information could not in any way be shared or discussed with Pelligrini. Lukas indicated that he understood and said something to the effect of "I understand and I would never do that."

7. While Lukas was an Account Manager in Downers Grove, he primarily reported to a DBO named Sarah Jane Moyer (who is currently on medical leave) and before that to Jeff Koc. Because Lukas was in the Midwest Region, I was his ultimate supervisor. As an Account Manager, Lukas was responsible for sales—meaning, he was responsible for developing new client relationships and managing and building preexisting customer relationships that TEKsystems had introduced him to in the course of his employment.

8. Sarah Jane Moyer and Jeff Koc, Lukas' immediate supervisors, both reported to me. I helped train them in their roles as DBOs and was familiar with the way they managed their offices based on my frequent conversations with them and my visits to the offices.

## TEKSYSTEMS' BUSINESS AND ITS CONFIDENTIAL INFORMATION

9. Over the years, TEKsystems has developed, updated and designed computer databases designed to capture client information and to organize and coordinate this information in a way that allows Account Managers and Technical Recruiters to maximize his/her efforts. During Lukas' time at TEKsystems, he held positions first as a Technical Recruiter and later as an Account Manager.

10. At TEKsystems, before Lukas would ever have access to any of this information in either position, he would have been required to execute a TEKsystems' Employment

Agreement. TEKsystems' strict policy, without exception, is that every Technical Recruiter and Account Manager must execute an Employment Agreement as a condition of his/her employment. That policy was in place before Lukas joined TEKsystems and has remained in place, without exception, through the present.

11. I have asked those that I supervise to locate the Lukas' Employment Agreement, but as of yet they have not found it. Nevertheless, I am confident that he executed an Employment Agreement with TEKsystems and have no reason to believe TEKsystems deviated from its strict policy in dealing with Lukas.

12. When Lukas first assumed his role as Account Manager, it would have been standard procedure for his DBO to retrain Lukas on the functions of each of the TEKsystems' databases relied on by Account Managers, the fields of data and information captured in each database, and how Lukas should capture customer information and enter it into the correct system. Lukas' DBO also would have trained Lukas on how to use TEKsystems' confidential information to make sales calls.

13. In addition to his formal training, TEKsystems' standard procedure would have been to assign Lukas a mentor. A mentor is a more senior Account Manager that would explain TEKsystems' policies for Account Managers and answer any questions that Lukas might have in using the data for his job responsibilities, among other things.

14. Once Lukas was ready to assume his responsibilities as an Account Manager, we assigned him certain active clients, new client leads, and we would have worked with him to develop a business generation plan using TEKsystems' confidential information. As a result, Lukas had access to TEKsystems' protected proprietary and confidential information in a variety of ways.

15. The primary TEKsystems' database Lukas accessed and utilized for his day-to-day responsibilities is known as SMART. Using SMART, Lukas had direct access to information concerning every client with whom TEKsystems did business, including key contacts at those clients. Specifically, the primary data fields Lukas would have relied on in SMART contained nonpublic information on clients and potential clients including, among other things, names and direct phone numbers of persons involved in or influencing the IT hiring decisions, clients' organizational or internal structures related to use of IT staffing services, pertinent information concerning clients' upcoming projects or initiatives, clients' preferences related to IT staffing issues, previous submittals to clients to fill openings, information regarding the spread between pay to candidates/consultants and billed amounts to clients for successful placements (which also reflected clients' IT spends with TEKsystems), and clients' unique business practices or technical requirements relating to IT needs or staffing.

16. The use of this information is one of the factors that distinguishes TEKsystems because it allows each person who deals with a client to come to the engagement with a meaningful background. It allows TEksystems' representatives to be efficient and provide meaningful services without a lot of start-up time reinventing the client's profile each time there is a sales call or IT staffing opportunity. It also assures the client that TEKsystems understands their individual needs.

17. Since July of 2007 TEKsystems has been in the process of updating and combining its database systems into the SIEBEL system. Lukas left TEKsystems on August 2, 2007, so he briefly had access to SIEBEL during the last month he was employed with TEKsystems. The basic functionality and data on SIEBEL remain essentially the same as on

SMART. SIEBEL also contains fields for organizational analyses or charts built using the client contact information input into the system.

18. I am also familiar with the use of lead sheets in the Chicago area offices, including Downers Grove. These lead sheets are sometimes referred to internally as "rip sheets". All of the Chicago area offices circulate and use lead sheets. For example, on a weekly basis, the Chicago office sends its Account Managers and the DBOs for the other Chicago area offices lead sheets via the company's secure e-mail server. The Chicago office builds these lead sheets using up-to-date information Chicago Technical Recruiters capture from their on-going relationships and discussions with consultants and clients. The DBOs of the other Chicago area offices, including Downers Grove, then circulate the leads to one or more of the Account Managers best suited to take advantage of the opportunity. Only DBOs or Account Managers receive these lead sheets. I know that the Downers Grove DBOs routinely forwarded along these lead sheets to Lukas via his secure company e-mail address. The information on the lead sheets the DBOs sent Lukas identified fresh customer placement leads, the open position, the person at the prospective client whose responsibility it is to fill the position, and other business intelligence information.

19. Lukas used lead sheets in the ordinary course of his responsibilities and they gave TEKsystems a competitive advantage in being able to quickly match consultants with client openings. The information on lead sheets is not publicly available and could not be ascertained from a website job posting for several reasons. First, those web sites overwhelmingly post permanent jobs instead of temporary positions. Second, those websites frequently do not identify the opportunity with a corresponding key contact person or procurement manager who is ultimately responsible for making the hiring decisions. Third, TEKsystems on-going relationships provide it with a head start on these leads and an opportunity to fill them quickly

based on prior business intelligence and knowledge of customers' preferences and protocols. Fourth, these sites do not include the organization's background information pertinent to the opening nor do they disclose the client's preferences, key factors in successfully timing and presenting a potential candidate.

20. TEKsystems also provides its Account Managers access to organizational charts. These organizational charts are generated internally using available customer contact information or, alternatively, provided confidentially by clients with whom TEKsystems has a strong relationship. Our competitors cannot gain access to this information from publicly available sources. For example, if Modis called a customer with whom it had no relationship and just asked a random person for an organizational chart, it would be unlikely that one would be provided. Even if Modis knew the right person to contact, without a strong relationship, Modis may still not be able to obtain an organizational chart. TEKsystems provides its Account Managers, like Lukas, access to organizational charts because it helps them understand the decision making hierarchy within a company and tailor their sales call based on the size of the organization and the contact's position within that organization.

21. Lukas' access to all of TEKsystems' databases, including SMART and SIEBEL and other confidential information like organizational charts and the e-mail lead sheets were and are subject to a number of security measures. First, Lukas' access was password protected, meaning Lukas could not access TEKsystems' databases, sites or e-mail server unless he signed-on to a computer using a proper user name and password. Lukas was required to regularly change his password as an additional protective measure. All of the employees under my supervision are also instructed by their DBOs not to leave their computers unattended and to log-off at the end of each day. Our back offices are not open to the public and during non-business

hours, offices are locked and only authorized access is granted. Each day when Lukas logged on to his computer, Lukas had to acknowledge the confidentiality of the information he was accessing before entering his user name and password. Moreover, every screen image that Lukas looked at on SMART contained a clear legend noting that the information contained on SMART is confidential and proprietary to TEKsystems. As stated above, I also believe that Lukas was required to execute an Employment Agreement that contained provisions for the protection and nondisclosure of TEKsystems' trade secret and confidential information. Finally, TEKsystems' practice is to make sure that as soon as someone like Lukas resigns, his/her access to any of TEKsystems' confidential information is terminated. Appropriate IT people also make sure that a departing employee's e-mail access is disabled immediately. On or around August 2, 2007, I learned that Lukas was leaving TEKsystems and joining Modis as a Managing Director of its Detroit, Michigan office. This process was followed with Lukas.

FURTHER AFFIANT SAYETH NOT.

_____
Shane Overly

SUBSCRIBED and SWORN to before
me this 25 day of September, 2008.

_____
Notary Public

OFFICIAL SEAL
ALEX GOUNTANIS
Notary Public - State of Illinois
My Commission Expires Aug 22, 2012